Texas Court of Criminal Appeals
P.O. Box 12308 Capital Station
Austin, Texas 78711

2-17-15
29,029-10
RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 24 2015
Abel Acosta, Clerk

IN RE: Gerald Allen Perry #644896
EXParte Perry Cause No. 607922 Writ No 29029
Dear Clerk
On or About 1-15-15 I filed A Motion to Disqualify Honorable Judge Debbie Mantooth Stricklin because of an Apparent Conflict of Interest. I have not received any Notice of whether the District Court or the Texas Court of Criminal Appeals have received said motion to Disqualify or whether it is pending. Could you please inform me of the status of the Motion for a New Hearing on Habeas Corpus because of disqualified Judge Debbie Mantooth Stricklin.
Thank You Very Much
Gerald Allen Perry
644896
James V. Allred Unit
2101 FM 369 N
Iowa Park, Texas 76367